# International Society for Krishna Consciousness
## Founder Acharya
### His Divine Grace A.C. Bhaktivedanta Swami Prabhupada
383 Lenox Avenue Detroit Michigan, 48215
Ph: (313) 824-6000

To Whomever it may concern

This is to inform that Mr. Babubhai Patel has been a sincere and dedicated member of the Indian society in Michigan. He has been participating as a volunteer for many humanitarian and religious causes throughout his life. He is very humble and kind person by nature and we wish him to progress on the path of freedom and happiness in his life so that he can continue his participation in helping other needy people. If you have any questions, please feel free to contact 313-824-6000.

Sincerely

K-S-Bharath

Bharath Subramanian